IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> GOLDEN ENTERTAINMENT, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:20-cv-02811-LKG |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Golden Entertainment, Inc. ("Defendant"), by and through undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for summary judgment as to all claims in this matter ("Motion for Summary Judgment"). This Motion for Summary Judgment is based upon the papers and pleadings on file herein, Defendant's Memorandum of Points and Authorities, and the parties' Joint Record to be filed within seven (7) days of the filing of the final brief on the Motion.[1]

. . .

. . .

. . .

. . .

. . .

. . .

---

[1] The Parties attempted to provide this Court with a Joint Statement of Undisputed Facts but were unable to do so at this time. J.R. 00005; 1094-1097 (*See* Declaration of Dana B. Salmonson at Ex. A, ¶23, see also Ex. A-13.)

For the reasons contained in Defendant's Memorandum submitted in support of this Motion, Defendant respectfully requests that the Court grant the present Motion and enter summary judgment in favor of Defendant and award Defendant such other and further relief as the Court may deem just and appropriate. A proposed Order is attached hereto.

DATED: September 30, 2022.

                                                   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Anthony L. Martin (*pro hac vice*)
Dana B. Salmonson (*pro hac vice*)
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

Robert R. Niccolini
D. Md. No. 24873
1909 K Street, N.W., Suite 1000
Washington, DC  20006
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:20-cv-02811-LKG |
| GOLDEN ENTERTAINMENT, INC. | ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of September, 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF System, which will serve notification upon the following counsel of record:

Debra M. Lawrence
Eric Stephen Thompson
United States Equal Employment Opportunity Commission
Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201-2525
*Counsel for Plaintiff*

DATED:  September 30, 2022.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Anthony L. Martin (*pro hac vice*)
Dana B. Salmonson (*pro hac vice*)
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

Robert R. Niccolini
D. Md. No. 24873
1909 K Street, N.W., Suite 1000
Washington, DC  20006
*Attorneys for Defendant*