IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　　　Plaintiff,<br><br>　　v.<br><br>GOLDEN ENTERTAINMENT, INC.<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No. 20-cv-02811-LKG<br>)<br>)<br>)<br>) |

## PLAINTIFF'S REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO RECONSIDERATION

Defendant's Memorandum in Opposition to Plaintiff's motion for reconsideration does not demonstrate that there is no issue of fact regarding Payton's decreased income. While Defendant continues to rely on evidence that Payton was still eligible for shifts at OTR, her second highest paycheck occurred after the reassignment,[1] and her "level of responsibility" did not change, these facts do not preclude a finding that her total compensation decreased. It is undisputed that Defendant assigned Payton to fewer shifts at OTR after she complained of Olinger's harassment (ECF No. 46 at p. 5) and that tips were higher at OTR. (*See* J.R. 1209-1210 (Langton dep. p. 41:9-p. 42:14); Exhibit A-10, J.R. 595 (Olinger dep. p. 32:3-6); Ex. A-02, J.R. 27-28 (Arbogast dep. at p. 14:21-p. 15:1). Defendant also does not dispute that Payton's account of her earnings at OTR, Ex. A-11, J.R. 732-733 (Payton dep. p. 104:17-p. 105:14) is consistent with Olinger's (Olinger dep. p. 24:5-13) which further bolsters her testimony regarding her losses. These facts must be considered in the light most favorable to the non-moving party. *Tolan v. Cotton,* 572 U.S. 650, 657 (2014). Because a rational trier of fact could credit Payton's

---

[1] Payton earned her highest paycheck, which did not include cash tips, prior to reporting harassment. J.R. 1061. This buttresses Payton's testimony that her earnings decreased after the report.

1

testimony and the circumstantial evidence regarding her earnings, there is a material issue of fact which precludes granting summary judgment on the retaliation and constructive discharge claims.

                                              Respectfully submitted,

                                                          /S

                                        _____
                                        DEBRA M. LAWRENCE
                                        Regional Attorney

                                                          /S

                                        _____
                                        ERIC S. THOMPSON
                                        Senior Trial Attorney