IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:20-cv-02811-LKG |
| GOLDEN ENTERTAINMENT, INC. | ) ) ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT**

Plaintiff U.S. Equal Employment Commission ("EEOC") and Defendant Golden Entertainment, Inc. ("Golden Entertainment"), by and through their undersigned attorneys, submit this Joint Status Report pursuant to the Court's Memorandum Opinion and Order (ECF No. 46) and report as follows:

On July 6, 2023, EEOC filed a Motion for Reconsideration (ECF No. 48) of the Court's Memorandum Opinion and Order. Golden Entertainment filed its Opposition on July 19, 2023. (ECF No. 49.) Plaintiff's Reply brief was filed on July 28, 2023. The Motion for Reconsideration is now ripe for decision.

On July 11, 2023, counsel for both EEOC and Golden Entertainment met telephonically to discuss the status of this matter, whether the parties would attend mediation, the need for expert discovery and whether the parties were ready for trial. Given that the EEOC's Motion for Reconsideration is pending before this Court, the parties agreed that it would be premature to decide the aforementioned issues.

. . .

. . .

. . .

As such, the parties propose filing an amended and/or updated Joint Status Report within ten (10) days of the Court issuing a ruling/Order on EEOC's Motion for Reconsideration.

DATED: July 27, 2023

| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ *Eric Stephen Thompson* | /s/ *Dana B. Salmonson* |
| Debra M. Lawrence<br>Eric Stephen Thompson<br>Baltimore Field Office<br>George H. Fallon Federal Building<br>31 Hopkins Plaza, Suite 1432<br>Baltimore, MD 21201-2525<br>*Attorneys for Plaintiff* | Anthony L. Martin (*pro hac vice*)<br>Dana B. Salmonson (*pro hac vice*)<br>10801 W. Charleston Blvd., Ste. 500<br>Las Vegas, NV 89135<br><br>Robert R. Niccolini<br>D. Md. No. 24873<br>1909 K Street, N.W., Suite 1000<br>Washington, DC 20006<br>*Attorneys for Defendant* |