Appendix A



# NOTICE TO EMPLOYEES AND APPLICANTS

This Notice is being posted as part of the resolution of a lawsuit filed by the Equal Employment Opportunity Commission ("EEOC") against Golden Entertainment Inc. in the United States District Court for the District of Maryland.

Title VII prohibits employment discrimination based on religion, gender, race, color or national origin.

Therefore, in accordance with the applicable law:

**Golden Entertainment Inc. WILL NOT engage in any acts or practices made unlawful under Title VII.**

**Golden Entertainment Inc. WILL NOT tolerate sexually offensive comments or conduct in the workplace.**

Golden Entertainment Inc.'s Discrimination and Harassment Policy requires those persons who believe that they have been subjected to unlawful harassment and/or retaliation to report it to _____ or _____. Golden Entertainment Inc. will thoroughly investigate all such complaints with due regard for the privacy of the individuals involved. Any employee who knowingly retaliates against an employee who had complained of discrimination shall be subject to immediate disciplinary action, up to and including discharge.

Individuals are also free to make complaints of employment discrimination directly to the Equal Employment Opportunity Commission's Baltimore Field Office at the George H. Fallon Federal Building 31 Hopkins Plaza, Suite 1432 Baltimore, Maryland 21201 Baltimore, Maryland 21201 or by calling 1-800-669-4000. General information may also be obtained on the Internet at www.eeoc.gov.

_____
President Golden Entertainment Inc.

Date Posted:

9